```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA  94965
Telephone:  (415) 729-9006
Fax: (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ROEBER'S INCORPORATED, etc.,<br><br>　　　　　Defendant. | NO.  C 10 3963 EMC<br><br>STIPULATION TO SET <u>ASIDE DEFAULT; ORDER</u> |

　　　　Plaintiffs requested entry of default and default was entered October 13, 2010.

　　　　Defendant desired to file an answer but failed to do so due to mistake and inadvertence,

　　　　IT IS HEREBY STIPULATED to set aside the default of defendant entered on October 13, 2010.

DATED: November 8, 2010　　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　　　　By: /s/ Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: November 8, 2010　　　　　　SWEENEY, MASON, WILSON BOSOMWORTH

　　　　　　　　　　　　　　　　　　By: /s/ Roger M. Mason
　　　　　　　　　　　　　　　　　　　　Roger M. Mason
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

STIPULATION TO SET ASIDE DEFAULT; ORDER　　　　1

O R D E R

IT IS SO ORDERED. Plaintiffs are ordered to serve a copy of this order upon defendant.

DATED: 11/15/10

_____
Magistrate Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION TO SET ASIDE DEFAULT; ORDER          2