1   ROGER M. MASON, ESQ. (107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
2   A Professional Law Corporation
983 University Avenue, Suite 104C
3   Los Gatos, CA  95032-7637
Telephone:  (408) 356-3000
4   Facsimile:  (408) 354-8839
rmason@smwb.com
5

6   Attorneys for Defendants

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10  | BOARD OF TRUSTEES OF THE SHEET | CASE NO. 10-CV-3963-EMC |
    | METAL WORKERS, et al. | |
11  | | **STIPULATION AND PROPOSED** |
    | Plaintiffs, | **ORDER TO CONTINUE CASE** |
12  | | **MANAGEMENT CONFERENCE** ORDER |
    | v. | |
13  | | **Date:  December 15, 2010** |
    | ROEBER'S INCORPORATED, a California | **Time: 1:30 p.m.** |
14  | corporation, doing business as ROEBER'S | |
    | PLUMBING, HEATING, AND AIR | |
15  | CONDITIONING, and ROEBER'S INC. | |
16  | Defendant. | |

17

18        Defendant anticipates paying all principal due within the next ten (10) days and will then

19  make a request to Plaintiffs at their next Trustees meeting on February 17, 2011 to waive or

20  reduce the liquidated damages due.  Counsel for Plaintiffs and Counsel for Defendant believe

21  that this matter will resolve itself within the next sixty (60) days and therefore,

22        IT IS HEREBY STIPULATED to continue the Case Management Conference to a date

23  after February 17, 2011.

24  Dated:  December 11, 2010                    **SWEENEY, MASON, WILSON &**
                                                 **BOSOMWORTH**
25

26                                              By:_____/s/_____
27                                                       ROGER M. MASON, ESQ.
                                                         Attorney for Defendants
28

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1

1   Dated:  December 11, 2010                    **ERSKINE & TULLEY**

2

3                                    By:_____/s/_____
                                          MICHAEL J. CARROLL, ESQ.
4                                         Attorney for Plaintiffs

5

6                              **PROPOSED ORDER**

7         IT IS SO ORDERED that the Case Management Conference set for December 15, 2010

8   at 1:30 p.m. is reset for __3/9_____, 2011 at 1:30 p.m.  A joint Case Management

9   Statement shall be filed by ____3/2_____, 2011.

10

11  _____
    Edward M. Chen
12  U.S. Magistrate Judge
    Dated: De
13

14                    IT IS SO ORDERED
                      AS MODIFIED

15                    Judge Edward M. Chen

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        2