1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone: (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  BOARD OF TRUSTEES OF THE SHEET METAL )      NO. C 10 3963 EMC
    WORKERS, et al.,                   )
11                       )
               Plaintiffs,   )      STIPULATION FOR
12                       )      DISMISSAL; ORDER
        vs.                        )
13                       )
    ROEBER'S INCORPORATED, etc.,       )
14                       )
               Defendant.    )
15  _____)

16        It is hereby stipulated between the parties that the above

17  entitled action be dismissed in its entirety with prejudice.

18  DATED: April 5, 2011          ERSKINE & TULLEY
                          A PROFESSIONAL CORPORATION
19
                          By:
20                              Michael J. Carroll
                            Attorneys for Plaintiffs
21
    DATED: April 5, 2011          SWEENEY MASON WILSON &
22                            BOSOMWORTH
23                            By:
                            Roger M. Mason
24                              Attorneys for Defendant

25                   O R D E R

26  It is so ordered.

27  Dated: _____April 14, 2011_____

28               Magistrate _____ en

      IT IS SO ORDERED
      Judge Edward M. Chen

        STIPULATION FOR DISMISS